

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2014

No. 04-14-00308-CV

**IN RE** Evelyn **TENORIO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

On April 30, 2014, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and real party in interest may file a response to the petition in this court no later than May 19, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on May 5th, 2014.                    PER CURIAM

ATTESTED TO: _____
                          Keith E. Hottle
                          Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CI-07801, styled *In the Interest of G.V. and C.V. III, Children*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Peter A. Sakai presiding.